NUMBER 13-07-186-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_____________________________________________________________


ARTURO RODRIGUEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_____________________________________________________________


On appeal from the 357th District Court 


of Cameron County, Texas.


______________________________________________________________

 

MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, ARTURO RODRIGUEZ, attempted to perfect an appeal from a judgment
entered by the 357th District Court of Cameron County, Texas. Sentence in this cause
was imposed on November 3, 2006. A timely motion for new trial was filed on November
22, 2006. The notice of appeal was due to be filed on February 1, 2007, but was not filed
until February 6, 2007. Said notice of appeal is untimely filed. Appellant filed an untimely
motion to permit late filing of the notice of appeal on April 9, 2007.

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of
time for filing notice of appeal if such notice is filed within fifteen days of the last day
allowed and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. Appellant failed to file his notice of appeal and a
motion requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's failure to timely
perfect his appeal, and appellant's untimely motion, is of the opinion that the appeal should
be dismissed for want of jurisdiction. Appellant's untimely motion to permit late filing of
notice of appeal is dismissed. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 24th day of May, 2007.